**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Jane Jason, | : |
| | : Civil Action No.: 1:14-cv-10480-JLT |
| Plaintiff, | : |
| v. | : |
| | : |
| FH Cann & Associates, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Jane Jason ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 28, 2014

                                                Respectfully submitted,

                                                By: <u>/s/ Sergei Lemberg</u>

                                                      Sergei Lemberg, Esq.
                                                      BBO No.: 650671
                                                      Lemberg Law, L.L.C.
                                                      1100 Summer Street, 3rd Floor
                                                      Stamford, CT 06905
                                                      Telephone: (203) 653-2250
                                                      Facsimile: (203) 653-3424
                                                      Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By /s/ Sergei Lemberg

                                          Sergei Lemberg